IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action File No. 01-419 DSD/JMM

LEVI KLAUDT,

Plaintiff,

vs.

**ORDER OF REFERENCE**

Donald Wayne Skrukrud and Gazda Transportation, Inc., a Minnesota Corporation,

Defendants.

---

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge John M. Mason for all further proceedings and entry of judgment in accordance with Title 28, U.S.C. §636(c) and the consent of the parties.

U.S. District Judge

FILED 4-24-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action File No. 01-419 DSD/JMM

LEVI KLAUDT,

Plaintiff,

vs.

Donald Wayne Skrukrud and Gazda Transportation, Inc., a Minnesota Corporation,

Defendants.

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Steven M. Hunegs (#0207524)
900 Second Avenue South
1650 International Centre
Minneapolis, MN 55402
(612) 339-4511

*Attorney for Plaintiff*

Dated: April 18, 2001

John T. Chapman (#16123)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612) 339-3500

*Attorney for Defendants*

Dated: April 17, 2001

FILED 4-24-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PURSUANT TO ORDER OF REFERENCE FILED ON April 24, 2001
in
Levi Klaudt vs. Donald Wayne Skrukrud, et al

This case is now assigned to Magistrate Judge John M. Mason.

CASE NUMBER 01-419 JMM

Use this case number for all further filings.