**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: 01-419 SRN
Klaudt vs. Donald Wayne

NOTE NEW CASE NUMBER

**IN RE: Notice for Reassignment of Civil Case**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to transfer and reassign the above case to **Magistrate Judge Susan Richard Nelson** effective June 21, 2002.

This case has been consented to proceed before a magistrate judge and will remain a consent to magistrate judge case.

If you have questions or concerns regarding this assignment, please direct your inquires to **Beverly Riches at (651) 848-1200.**

**DATED: June 21, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

**FILED 6/21/02**
**Richard D. Sletten, Clerk**
**JUDGMENT ENT'D____**
**DEPUTY CLERK ______**