IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

SRN
Civil Action File No. 01-419 DSD/~~JMM~~

Levi Klaudt,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Donald Wayne Skrukrud and Gazda Transportation, Inc., a Minnesota Corporation,

Defendants.

---

The above-entitled action having been fully, finally and completely compromised and settled between the parties,

**IT IS HEREBY STIPULATED AND AGREED** by and between the above-described parties through their respective counsel that all of the claims against all parties hereby are dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly

HUNEGS, STONE KOENIG, LENEAVE & KVAS

Steven M. Hunegs (#0207524)
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 339-4511
*Attorney for Plaintiff*

Dated: 9/5/03

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

John T. Chapman (#16123)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612) 339-3500
*Attorney for Defendant*

Dated: 9/16/02

2

FILED OCT 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court is hereby ordered and directed to enter forthwith judgment dismissing any claims made by parties with prejudice, on the merits and without costs and disbursements to any party.

Dated this 3d day of October, 2002.

BY THE COURT:

Judge of the District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.