# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Levi Klaudt

Case No. Civil 01-419 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Donald Wayne Skrukrud and
Gazda Transportation, Inc.,
a Minnesota corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Any claims made by parties are dismissed with prejudice, on the merits and without costs and disbursements to any party.

DATE: October 3, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk